**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6399**

ALUCIOUS WILLIAMS, JR.,

Plaintiff - Appellant,

v.

NURSE FLETCHER; NURSE CRAFT; NURSE PRACTIONER J. BLEDSOE,

Defendants - Appellees,

and

SGT. ALLEN; SGT. GRUBBS; SGT. MAYES; C/O ROSE; LT. BARTON,

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Elizabeth K. Dillon, Chief District Judge.  (7:24-cv-00127-EKD-CKM)

Submitted:  July 29, 2025                                    Decided:  August 1, 2025

Before KING, WYNN, and BERNER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Alucious Williams, Jr., Appellant Pro Se.  Anthony Salvatore Cottone, Michael Ryan Millstein, BYRNE CANAAN LAW, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alucious Williams, Jr., seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 complaint against three defendants. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). "Ordinarily, a district court order is not final until it has resolved all claims as to all parties." *Porter v. Zook*, 803 F.3d 694, 696 (4th Cir. 2015) (citation modified). Because the district court has not resolved Williams's claims against the remaining defendants, the order he seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.

Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*